Stephen E. Richman (#007489)
steve.richman@mwmf.com
J. Gregory Cahill (#012654)
greg.cahill@mwmf.com
**MARISCAL, WEEKS, MCINTYRE**
  **& FRIEDLANDER, P.A.**
2901 North Central Avenue, Suite 200
Phoenix, Arizona 85012-2705
Phone: (602) 285-5000
Fax: (602) 285-5100

**Attorneys for Defendant Pulte Home Corporation**

## IN THE UNITED STATES DISTRICT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| John F. Sullivan and Susan B. Sullivan, husband and wife,<br><br>  Plaintiffs,<br><br>  v.<br><br>Pulte Home Corporation,<br><br>  Defendant. | Case No.<br><br>**NOTICE OF REMOVAL OF CIVIL ACTION** |

**TO THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ARIZONA:**

  1.  Defendant Pulte Home Corporation ("Pulte") is a party to the civil action brought on February 25, 2010, in the Maricopa County Superior Court of the State of Arizona entitled *John F. Sullivan and Susan B. Sullivan, husband and wife v. Pulte Home Corporation*, Case No. CV2010-004898 (the "State Court Action"). Pursuant to the provisions of 28 U.S.C. §§ 1441 and 1446, Pulte removes this action to the United States District Court for the District of Arizona, which is the judicial district in which the action is pending.

1

2. The grounds for removal of this action are:

    a. On February 25, 2010, Plaintiffs filed the State Court Action.

    b. The necessary diversity exists between Plaintiffs and Pulte. Plaintiffs are husband and wife and residents of the State of Arizona and Maricopa County. Pulte, the only defendant, is incorporated under the laws of the State of Michigan with its principal place of business in Michigan.

    c. The matter in controversy (i.e., the amount that Plaintiffs presently assert is involved) exceeds the sum of $75,000, exclusive of interest and costs. Although the Complaint references no specific amount of damages, the dispute between Plaintiffs and Pulte involves the construction of a home manufactured by Pulte whose value was approximately $420,000.00 when originally sold in 2001. Plaintiffs seek damages for alleged defects with respect to the construction of the retaining wall surrounding the Plaintiffs' lot as well as the lot's grading and drainage which are believed to be in excess of $75,000.

    d. This Court would have original subject matter jurisdiction of this action under the provisions of 28 U.S.C. § 1332(a)(1) if the action had been brought originally in federal court. Removal is, therefore, proper under 28 U.S.C. § 1441(a).

3. This Notice of Removal is timely under 28 U.S.C. § 1446(b) because the Complaint in the State Court Action was first received by Pulte via certified mail on March 1, 2010 and was not formally served at that time. This Notice of Removal is filed within 30 days of receipt of the Complaint and within one year of the commencement of the State Court Action.

4.   Pursuant to 28 U.S.C. § 1446(d) and Local Rule 3.7(a), a true and correct copy of this Notice will be filed with the Clerk of the Maricopa County Superior Court, promptly after Pulte files this Notice.

5.   All state-court papers received by Pulte, consisting of the Complaint and Certificate of Expert Testimony, and all other documents in the state court file for this action at the time of removal, are attached hereto as Exhibit "A."

6.   Pulte has accepted service of the Summons and Complaint pursuant to Rule 4.2(d), *Arizona Rules of Civil Procedure* as of March 1, 2010.

**DATED** this 25th day of March, 2010.

          **MARISCAL, WEEKS, MCINTYRE**
            **& FRIEDLANDER, P.A.**

         By:  s/ J. Gregory Cahill
            Stephen E. Richman
            J. Gregory Cahill
            Attorneys for Defendant

### CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of March, 2010, I electronically transmitted the above document to the Clerk's Office using the CM/ECF System for filing and a copy of the foregoing was mailed to the following:

John F. Sullivan
1334 E. Chandler Blvd, Ste. 5-C14
Phoenix, AZ  85048

            s/ Melissa Grass

U:\ATTORNEYS\SER\Pulte\Sullivan\Pleadings\Notice of Removal.doc